No. 355, Misc.   BROOKS *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 358, Misc.   NULL *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 361, Misc.   MEYERS *v.* RAGEN, WARDEN.   Circuit Court of Will County, and the Supreme Court of Illinois. Certiorari denied.

No. 362, Misc.   SCHECTMAN *v.* FOSTER, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 363, Misc.   TREADWAY   *v.*   MORHOUS,   WARDEN. Supreme Court of New York.   Certiorari denied.

No. 367, Misc.   BORDAY *v.* BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 369, Misc.   MOORE *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 373, Misc.   ALMEIDA *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.   *Thomas J. Minnick, Jr.* for petitioner.   *Colbert C. McClain* and *John H. Maurer* for respondent.

No. 383, Misc.   McCULLOUGH *v.* NEW YORK.   Supreme Court of New York.   Certiorari denied.

No. 386, Misc.   NOVAK   *v.*   PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.